IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | Civil Case No. 13-CV-364 |
| -v- )<br>) | (GTS/ATB) |
| 11 Beaverdam Brook Drive, )<br>Altmar, New York 13302 )<br>) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

WHEREAS, by virtue of the Order Directing Entry of an Uncontested Judgment of Forfeiture which was filed with the United States District Court Clerk's Office for the Northern District of New York on ___July 1, 2013___, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendant real property is hereby forfeited to the United States of America to be disposed of in accordance with law.

| | |
|---|---|
| 7/1/13 | Lawrence K. Baerman |
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |